UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUJAZI,<br>   Plaintiff,<br> v.<br>SCHOENMANN,<br>   Defendant. | Case No. 19-cv-04559-EMC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff/Appellant filed a Notice of Appeal on August 7, 2019. The record on appeal has not yet been perfected.

THE COURT hereby orders Plaintiff/Appellant to show cause as to why this case should not be dismissed for failure to prosecute and/or failure to perfect the record on appeal.

Plaintiff/Appellant is directed to respond to the Order to Show Cause by **August 24, 2020.**

**IT IS SO ORDERED**.

Dated: August 3, 2020

_____
EDWARD M. CHEN
United States District Judge