United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUJAZI,

    Plaintiff,

  v.

SCHOENMANN,

    Defendant.

Case No. 19-cv-04559-EMC

**ORDER DISMISSING CASE**

Previously, the Court issued an order to show cause, directing Ms. Hujazi to show cause as to why her case should not be dismissed for failure to prosecute and/or failure to perfect the record on appeal. The Court gave Ms. Hujazi until August 24, 2020, to file a response to the order to show cause. Ms. Hujazi did not file a response on that date. Accordingly, the Court hereby dismisses Ms. Hujazi's case without prejudice.

**IT IS SO ORDERED**.

Dated: August 31, 2020

_____
EDWARD M. CHEN
United States District Judge